1  RICHARD DOYLE, City Attorney (88625)
2  NORA FRIMANN, Assistant City Attorney (93249)
   SHANNON SMYTH-MENDOZA, Sr. Deputy City Attorney (188509)
3  Office of the City Attorney
   200 East Santa Clara Street, 16th Floor
4  San José, California 95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number: (408) 998-3131
   E-Mail Address: cao.main@sanjoseca.gov
6
   Attorneys for Defendant
7  CRAIG STORLIE

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11

12  AMMIR UMAR,                            Case Number: CV12-6071 HRL

13         Plaintiff,                      **STIPULATION AND [PROPOSED]**
                                           **ORDER TO MODIFY SCHEDULING**
14         v.                              **ORDER**

15  CRAIG STORLIE, INDIVIDUALLY AND
    AS AN OFFICER OF THE SAN JOSE
16  POLICE DEPARTMENT, and DOES 1-20,
    inclusive,
17
           Defendants.
18

19

20       Plaintiff and Defendants in the above entitled matter hereby stipulate, and jointly

21  request that the Court modify its Scheduling Order. In support of this stipulation, the

22  parties hereby submit the following as good cause for granting this request:

23  1.   The ~~Court~~ parties previously ~~granted~~ stipulated to an extension of time to January 16, 2013 to answer

24       the Complaint in this matter.

25  2.   Since the answer is not due until *after* the current January 8, 2013 due date for

26       disclosures and ADR certifications, and in light of the recent holidays, including the

27       fact that defense counsel was assigned this case on January 3, 2013 after being out

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY          Case No. CV12-6071
SCHEDULING ORDER                                    HRL

935153

of the office for three weeks, the parties agree that a brief extension of time is needed to properly prepare for the initial Case Management Conference.

3. Therefore the parties propose the following Modified Case Schedule

| | |
|---|---|
| Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 1/29/13 |
| File ADR Certification signed by Parties and Counsel | 1/29/13 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 1/29/13 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | 2/19/13 |
| Proposed date for Initial Case Management Conference | 2/26/13 at 1:30 p.m. in Courtroom 2, or at the Court's convenience. |

I attest that Plaintiff has approved and signed this document, and given consent to the filing of the same with the court.

Respectfully submitted,

Dated:  January 7, 2013                By:  ____/s/ Jaime Leanos____
                                              JAIME LEANOS

Attorney for Plaintiff


RICHARD DOYLE, City Attorney

Dated:  January 7, 2013
                                         By:  ____/s/ Shannon Smyth-Mendoza____
                                              SHANNON SMYTH-MENDOZA
                                              Sr. Deputy City Attorney

Attorneys for Defendant CRAIG STORLIE

STIPULATION AND [PROPOSED] ORDER TO MODIFY      Case No. CV12-6071
SCHEDULING ORDER                                HRL

935153

# [PROPOSED] ORDER

Based upon the Stipulation of the parties, and good cause appearing therefor, the Court hereby modifies the deadlines as follows:

| | |
|---|---|
| Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 1/29/13 |
| File ADR Certification signed by Parties and Counsel | 1/29/13 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 1/29/13 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | 2/19/13 |
| Date for Initial Case Management Conference | 2/26/13 at 1:30 p.m. in Courtroom 2, ~~or _____, 2013 at 1:30 p.m. in Courtroom 2~~ |

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
HON. HOWARD R. LLOYD

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER

Case No. CV12-6071 HRL

935153