RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
SHANNON SMYTH-MENDOZA, Sr. Deputy City Attorney (188509)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendant
CRAIG STORLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMMIR UMAR,<br><br>             Plaintiff,<br><br>     v.<br><br>CRAIG STORLIE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1-20, inclusive,<br><br>             Defendants. | Case Number:  CV12-6071 HRL<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO MODIFY SCHEDULING**<br>**ORDER** |

Plaintiff and Defendants in the above entitled matter hereby stipulate, and jointly request that the Court modify its Scheduling Order.  In support of this stipulation, the parties hereby submit the following as good cause for granting this request:

1. The ~~Court~~ *parties* previously ~~granted~~ *stipulated to* an extension of time to January 16, 2013 to answer the Complaint in this matter.

2. Since the answer is not due until **after** the current January 8, 2013 due date for disclosures and ADR certifications, and in light of  the recent holidays, including the fact that defense counsel was assigned this case on January 3, 2013 after being out

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER     Case No. CV12-6071 HRL

935153

of the office for three weeks, the parties agree that a brief extension of time is needed to properly prepare for the initial Case Management Conference.

3. Therefore the parties propose the following Modified Case Schedule

| | |
|---|---|
| Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 1/29/13 |
| File ADR Certification signed by Parties and Counsel | 1/29/13 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 1/29/13 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | 2/19/13 |
| Proposed date for Initial Case Management Conference | 2/26/13 at 1:30 p.m. in Courtroom 2, or at the Court's convenience. |

I attest that Plaintiff has approved and signed this document, and given consent to the filing of the same with the court.

Respectfully submitted,

Dated: January 7, 2013    By: ____/s/ Jaime Leanos____
                                  JAIME LEANOS

Attorney for Plaintiff


RICHARD DOYLE, City Attorney

Dated: January 7, 2013
                          By: ____/s/ Shannon Smyth-Mendoza____
                                  SHANNON SMYTH-MENDOZA
                                  Sr. Deputy City Attorney

Attorneys for Defendant CRAIG STORLIE

---

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER

Case No. CV12-6071 HRL

935153

## [PROPOSED] ORDER

Based upon the Stipulation of the parties, and good cause appearing therefor, the Court hereby modifies the deadlines as follows:

| | |
|---|---|
| Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 1/29/13 |
| File ADR Certification signed by Parties and Counsel | 1/29/13 |
| File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 1/29/13 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | 2/19/13 |
| Date for Initial Case Management Conference | 2/26/13 at 1:30 p.m. in Courtroom 2, ~~or _____, 2013 at 1:30 p.m. in Courtroom 2~~ |

**IT IS SO ORDERED.**

Dated: January 7, 2013

_____
HON. HOWARD R. LLOYD

STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER

Case No. CV12-6071 HRL

935153