*E-FILED: May 3, 2013*

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
SHANNON SMYTH-MENDOZA, Senior Deputy City Attorney (188509)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CRAIG STORLIE; individually and as an Officer of the SAN JOSE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMMIR UMAR,<br><br>              Plaintiff,<br><br>      v.<br><br>CRAIG STORLIE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1-20, inclusive,<br><br>              Defendants. | Case Number:  CV12-6071 HRL<br><br>**STIPULATION EXTENDING THE DEADLINE TO HOLD THE EARLY NEUTRAL EVALUATION; AND [PROPOSED] ORDER**<br><br>**Trial Date:  None Set** |

Plaintiff and Defendant Craig Storlie in the above-entitled matter hereby stipulate and jointly request that the Court extend the original May 20, 2013 deadline to hold an Early Neutral Evaluation to June 3, 2013.  In support of this stipulation, the parties hereby submit the following as good cause for granting this request:

    1.  Defendants' attorney has been assigned a trial in state court that is due to begin on May 20, 2013, the same date as the previously scheduled Early Neutral Evaluation, and will therefore be unable to attend the Early Neutral Evaluation.

    2.  Defendants are still awaiting the Court's order on its motion to dismiss.

///

Accordingly, the parties hereby jointly request that this Court extend the deadline to complete the Early Neutral Evaluation to June 3, 2013.

**IT IS SO STIPULATED**:

DATED:   May 1, 2013                    RICHARD DOYLE, City Attorney

                                        By: __/s/_____
                                          SHANNON SMYTH-MENDOZA
                                          Senior Deputy City Attorney

                                        Attorneys for Defendant CRAIG STORLIE;
                                        individually and as an Officer of the
                                        SAN JOSÉ POLICE DEPARTMENT

I attest that Plaintiff has approved and signed this document, and given consent to the filing of the same with the court.

DATED:   May 1, 2013                    LAW OFFICES OF MORALES & LEAÑOS

                                        By: __/s/_____
                                          JAIME A. LEAÑOS

                                        Attorneys for Plaintiff
                                        AMMIR UMAR

### ORDER

Based upon the Stipulation of the parties, and good cause appearing therefor, the Court hereby extends the deadline to hold an Early Neutral Evaluation in this case to June 3, 2013.

Dated: May 3, 2013                      _____
                                        HONORABLE HOWARD R. LLOYD
                                        UNITED STATES DISTRICT COURT

2

STIPULATION AND [PROPOSED] ORDER EXTENDING THE            Case Number: CV12-6071 HRL
DEADLINE TO HOLD THE EARLY NEUTRAL EVALUATION             971336.doc