RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
SHANNON SMYTH-MENDOZA, Senior Deputy City Attorney (188509)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CRAIG STORLIE; individually and as an Officer of the SAN JOSE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMMIR UMAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CRAIG STORLIE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case Number:  CV12-6071 HRL<br><br>**STIPULATION; AND [PROPOSED] ORDER UNSEALING CRIMINAL RECORDS PURSUANT TO PENAL CODE SECTION 851.8(k)**<br><br>**Trial Date:  None Set** |

　　　Plaintiff Ammir Umar ("Plaintiff") and Defendant Craig Storlie ("Defendant") in the above-entitled matter hereby stipulate and jointly request that the Court grant an Order to unseal Ammir Umar's criminal records pursuant to Penal Code Section 851.8(k). In support of this stipulation, the parties hereby submit the following as good cause for granting this request:

　　　1.　　Whereas, the sealed criminal record in *People v. Umar* [California Superior Court, County of Santa Clara, docket no: C1087562] that is the subject of this litigation is not part of the record lodged with this court and is currently unavailable to Defendant;

2. Whereas, the current civil action before this court involves multiple claims for relief brought forth by Plaintiff, due to the alleged mishandling of a criminal investigation and subsequent criminal prosecution.  The criminal investigation and criminal prosecution which ultimately resulted in Plaintiff being found factually innocent by the state criminal trial court can be found within the sealed criminal file of *People v. Umar*;

3. Whereas, the sealed criminal record of *People v. Umar* contains materials that are relevant to the resolution of all legal claims asserted by Plaintiff against Defendant in the present action before this court.  The materials within the sealed criminal record will provide the court with original observations, reports, witness statements, and other evidence.  Both parties would use the aforementioned materials to conduct a thorough investigation of the allegations in the civil complaint.  In turn, this court would benefit from a more complete factual record that would promote a more accurate determination of the truth of the claims asserted in this case.  Thus, there exists an overwhelming public interest in allowing the parties to the suit presently before this court to have access to the sealed criminal file;

4. Whereas, without an order of this court to unseal the criminal record of *People v. Umar*, the parties in the pending civil case would be improperly restricted from the use of evidence that should be made available under statute upon a showing of good cause.  If denied access to the materials in the sealed criminal file, a substantial probability exists that the public interest would be prejudiced through an incomplete factual inquiry into the circumstances that gave rise to the action before this court.  The overriding public interest in this court's ability to conduct a full inquiry into the allegations of the pending civil case coupled with the presumption in favor of public access to the record supports the unsealing of the requested criminal record;

5. Whereas, a complete copy of the sealed criminal record is necessary for use by both parties in the case currently before the court as all of the materials within the sealed file are able to be used as evidence in this civil action. No less restrictive means of unsealing exist as other possible options in the case at hand.  CA Pen. Code, section 851.8(k); and

6. Whereas, if the sealed criminal file of *People v. Umar* is unsealed on order of this court, the file should be unsealed for purposes of this civil action only. The file shall remain confidential and shall be available for inspection only by the court, jury, parties, counsel for the parties, and any other person authorized by this court.     CA Pen. Code, section 851.8(k).

**IT IS SO STIPULATED**:

DATED:     September 27, 2013          RICHARD DOYLE, City Attorney

By: __/s/_____
     SHANNON SMYTH-MENDOZA
     Senior Deputy City Attorney

Attorneys for Defendant CRAIG STORLIE; individually and as an Officer of the SAN JOSÉ POLICE DEPARTMENT

DATED:     September 27, 2013          LAW OFFICES OF MORALES & LEAÑOS

By: __/s/_____
     JAIME A. LEAÑOS

Attorneys for Plaintiff
AMMIR UMAR

**ORDER**

Based upon the Stipulation of the parties, and good cause appearing therefor, the Court hereby Orders that the criminal records in *People v. Umar* be unsealed for the purpose of providing a copy to Defendant Craig Storlie in the above-entitled action.

Dated:  October 8, 2013                 _____
                                        HONORABLE HOWARD R. LLOYD
                                        UNITED STATES DISTRICT COURT