*E-Filed: February 5, 2014*

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
CHRIS NIELSEN, Chief Deputy City Attorney (87972)
SHANNON SMYTH-MENDOZA, Senior Deputy City Attorney (188509)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CRAIG STORLIE; individually and as an
Officer of the SAN JOSE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMMIR UMAR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CRAIG STORLIE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case Number: CV12-6071 HRL<br><br>STIPULATION; AND [PROPOSED] ORDER EXTENDING FACT DISCOVERY DEADLINE<br><br>Trial Date: None Set |

　　　Plaintiff Ammir Umar ("Plaintiff") and Defendant Craig Storlie ("Defendant") in the above-entitled matter hereby stipulate and jointly request that the Court grant an Order to extend the fact discovery deadline in this matter from February 03, 2014 through and including February 10, 2014.

　　　In support of this stipulation, the parties hereby submit the following as good cause for granting this request:

　　　1.　　Due to various scheduling issues of counsel and the current unavailability of two witness by the current deadline of February 3, 2014; and

　　　2.　　Given that the postponement of the deadline to complete fact discovery would not delay any other deadlines in this matter set by the Court (no trial has been set) and for

the reasons set forth herein, the parties submit that good cause exists for the extension of the deadline to complete fact discovery.

Accordingly, the parties hereby jointly request that the Court extend the deadline for fact discovery from February 03, 2014 through and including February 10, 2014. All other deadlines set forth in the Case Management Order filed on October 21, 2013 shall remain unchanged.

**IT IS SO STIPULATED:**

DATED:   February 03, 2014          RICHARD DOYLE, City Attorney

By: /s/ Shannon Smyth-Mendoza
SHANNON SMYTH-MENDOZA
Senior Deputy City Attorney

Attorneys for Defendant CRAIG STORLIE
individually and as an Officer of the
SAN JOSÉ POLICE DEPARTMENT

DATED:   February 03, 2014          LAW OFFICES OF MORALES & LEAÑOS

By: /s/Jaime A. Leanos
JAIME A. LEANOS

Attorneys for Plaintiff
AMMIR UMAR

### ORDER

Based upon the Stipulation of the parties, and good cause appearing, the Court hereby Orders that the fact discovery date shall be extended through and including February 10, 2014.

**IT IS SO ORDERED.**

Dated: February 5, 2014

HONORABLE HOWARD R. LLOYD
UNITED STATES DISTRICT COURT

2