*E-Filed: March 24, 2014*

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
SHANNON SMYTH-MENDOZA, Senior Deputy City Attorney (188509)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CRAIG STORLIE; individually and as an
Officer of the SAN JOSE POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AMMIR UMAR,<br><br>                      Plaintiff,<br><br>v.<br><br>CRAIG STORLIE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1-20, inclusive,<br><br>                      Defendants. | Case Number:  CV12-6071 HRL<br><br>**STIPULATION REQUESTING EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE AND PRETRIAL CONFERENCE HEARING; AND [~~PROPOSED~~] ORDER**<br><br>**Trial Date:  None Set** |

Plaintiff Ammir Umar and Defendant Craig Storlie in the above-entitled matter hereby stipulate and jointly request that the Court extend the deadline to complete the Settlement Conference hearing to April 18, 2014, and the Pretrial Conference from April 10, 2014 to May 15, 2014, or to another date at the Court's convenience after April 18, 2014.

In support of this stipulation, the parties hereby submit the following as good cause for granting this request:

   1.     There is no trial date in this matter;

///

1

STIPULATION REQUESTING EXTENSION TO
COMPLETE SETTLEMENT CONFERENCE AND
PRETRIAL CONFERENCE HEARINGS AND [~~PROPOSED~~] ORDER

Case Number: CV12-6071 HRL
1065400

2. On March 4, 2014, following the hearing on Defendant Storlie's Motion for Summary Judgment, the parties contacted Judge Grewal's clerk to reserve a date for a Settlement Conference at the Court's suggestion, and were provided with dates in April, the earliest available date being April 18, 2014 at 10:00a.m., which the parties have reserved; and

3. There is no current deadline to complete the settlement process, but the Pretrial Conference in this matter is currently set for April 10, 2014.  As such, the parties seek a brief extension of time to fully engage in the settlement process, and allow the Court sufficient time to issue an order on Defendant's Motion for Summary Judgment.

Accordingly, the parties hereby jointly request that this Court extend the deadline to complete the Settlement Conference to April 18, 2014, continue the Pretrial Conference to May 16, 2014, or other date convenient for the Court, as well as continue the corresponding Joint Pretrial Statement and other pretrial submissions.

**IT IS SO STIPULATED**:

DATED:     March 5, 2014                    RICHARD DOYLE, City Attorney


                                            By:   /s/ Shannon Smyth-Mendoza
                                                  SHANNON SMYTH-MENDOZA
                                                  Senior Deputy City Attorney

                                            Attorneys for Defendant CRAIG STORLIE;
                                            individually and as an Officer of the
                                            SAN JOSÉ POLICE DEPARTMENT


I attest that Plaintiff has approved and signed this document, and given consent to the filing of the same with the court.

DATED:     March  5, 2014                   LAW OFFICES OF MORALES & LEAÑOS


                                            By:   /s/Jaime E. Leanos
                                                  JAIME A. LEANOS

                                            Attorneys for Plaintiff
                                            AMMIR UMAR

2

STIPULATION REQUESTING EXTENSION TO
COMPLETE SETTLEMENT CONFERENCE AND
PRETRIAL CONFERENCE HEARINGS AND [PROPOSED] ORDER

Case Number: CV12-6071 HRL
1065400

## ORDER

Based upon the Stipulation of the parties, and good cause appearing therefor, the Court hereby extends the deadline to complete the Settlement Conference to April 18, 2014, and the Pretrial Conference to May 15, 2014, as well as the corresponding Joint Pretrial Statement and other pretrial submission due dates in accordance with the Court's "Standing Order re: Pretrial Preparation".

Dated: March 24, 2014

HONORABLE HOWARD R. LLOYD
UNITED STATES DISTRICT COURT

3

STIPULATION REQUESTING EXTENSION TO
COMPLETE SETTLEMENT CONFERENCE AND
PRETRIAL CONFERENCE HEARINGS AND [PROPOSED] ORDER

Case Number: CV12-6071 HRL
1065400