*E-Filed: June 2, 2014*

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
CHRISTIAN B. NIELSEN, Chief Deputy City Attorney (87972)
SHANNON SMYTH-MENDOZA, Senior Deputy City Attorney (188509)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CRAIG STORLIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMMIR UMAR,<br><br>             Plaintiff,<br><br>v.<br><br>CRAIG STORLIE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1-20, inclusive,<br><br>             Defendants. | Case Number: CV12-6071 HRL<br><br>**STIPULATION REQUESTING EXTENSION OF TIME TO MEET AND CONFER AND SUBMIT ADDITIONAL PRETRIAL CONFERENCE DOCUMENTS AND/OR LETTER; AND [PROPOSED] ORDER**<br><br>Trial:         November 3, 2014<br>Time:         8:30 a.m.<br>Courtroom:   2<br>Judge:        Hon. Howard R. Lloyd |

Plaintiff Ammir Umar and Defendant Craig Storlie in the above-entitled matter hereby stipulate and jointly request that the Court extend the deadline from May 29, 2014 to June 6, 2014 to meet and confer and submit a letter of requested materials to the Court pursuant to the Civil Minute Order (Doc. 72).

In support of this stipulation, the parties hereby submit the following as good cause for granting this request:

1.  The trial date is November 3, 2014; and

2.  On May 15, 2014, following the Pretrial Conference, the Court requested that the parties meet and confer on the verdict form and submit a joint revised form within two (2)

1  weeks.  Alternatively, if the parties do not reach agreement on the verdict form, the Court
2  requested a letter explaining the area/s of disagreement, along with each party's proposed
3  verdict form. The parties have been unable to meet and confer fully due to scheduling
4  conflicts.  As such, the parties seek a brief extension of time to fully engage in the meet and
5  confer process, and reach agreement, if possible.
6      Accordingly, the parties hereby jointly request that this Court extend the deadline for
7  the parties to meet and confer and submit either joint requested materials or letters of to the
8  Court to June 6, 2014.
9  **IT IS SO STIPULATED**:
10 DATED:     May 28, 2014            RICHARD DOYLE, City Attorney
11
12                                    By:   /s/ Shannon Smyth-Mendoza
                                           SHANNON SMYTH-MENDOZA
13                                         Senior Deputy City Attorney
14                                    Attorneys for Defendant CRAIG STORLIE
                                      individually and as an Officer of the
15                                    SAN JOSÉ POLICE DEPARTMENT
16
17     I attest that Plaintiff has approved and signed this document, and given consent to the
18 filing of the same with the court.
19 DATED:     May 28, 2014            LAW OFFICES OF MORALES & LEAÑOS
20
21
                                      By:   /s/Jaime A. Leanos
22                                          JAIME A. LEANOS
23                                    Attorneys for Plaintiff
                                      AMMIR UMAR
24
25 ///
26 ///
27 ///
28
                                          2

## ORDER

Based upon the Stipulation of the parties, and good cause appearing therefor, the Court hereby extends the deadline to meet and confer and submit joint requested materials or letters with requested materials to the Court pursuant to Civil Minute Order dated May 15, 2014.

Dated: June 2, 2014

HONORABLE HOWARD R. LLOYD
UNITED STATES DISTRICT COURT