*E-Filed: October 30, 2014*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMMIR UMAR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG STORLIE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1-20, inclusive,<br><br>　　　　　　Defendants. | Case Number: CV12-6071 HRL<br><br>**ORDER PERMITTING DEFENDANT AND HIS COUNSEL TO SET UP AUDIO/VISUAL EQUIPMENT IN COURTROOM 2**<br><br>Trial Date: November 03, 2014<br>Time: 8:30 a.m.<br>Courtroom 2, 5th Floor<br>Judge: Honorable Howard R. Lloyd |

　　IT IS HEREBY ORDERED

　　Defendant, CRAIG STORLIE's counsel be permitted to bring their audio-visual equipment for trial into Courtroom 2 at 3:00 p.m., on October 31, 2014. Such equipment will include, cart, speakers, cords, ELMO, projector, laptop computer and projection screen.

DATED:　　October 30, 2014

By: _____
　　　Honorable Howard R. Lloyd
　　　U.S. Magistrate Judge

1

Order Permitting Defendant and His Counsel　　　　　　　　　　　　Case Number: CV12-6071 HRL
To Set Up Audio/Visual Equipment in Courtroom 2　　　　　　　　　　　　1148786