*E-Filed: November 3, 2014*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSÉ DIVISION**

| | |
|---|---|
| AMMIR UMAR,<br><br>           Plaintiff,<br><br>     vs.<br><br>CRAIG STORLIE, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, AND DOES 1-20, INCLUSIVE,<br><br>           Defendants. | NO.  CV12-06071- HRL<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND ORDER** |

## NOTICE OF SETTLEMENT AND JOINT STIPULATION

Come now all the parties, by and through their respective attorneys of record and hereby give notice and stipulate as follows:

1. After extensive negotiations, the parties have reached a settlement of this entire lawsuit this morning.  The settlement is subject to two contingencies.  The settlement is contingent on the Court's approval of the settlement.  Second, the settlement is contingent on approval by the City of San Jose City Council.  The settlement will be presented at a publicly noticed Council meeting not earlier than November 18, 2014.  No approval from anyone is required other than the City Council.

2. The parties request time to satisfy these conditions and settle the case.  Specially, the parties request that the Court enter the proposed order filed concurrently

herewith.  This order would give the parties 60 days within which to either file a request for dismissal of the entire action or file a status report regarding the progress of their effects. The order would also vacate all dates and take all pending matters off calendar.  Good cause exists to enter this order because it will facilitate settlement, because no party would be prejudices, and because the parties agree.  Fed.R.Civ.P. 16(b)(4) (the Court may modify a schedule for good cause); see also L.R. 16-15 ("It is the policy of the Court to encourage disposition of civil litigation by when such is in the nest interest of the parties. The Court favors any reasonable means to accomplish this goal.  Neither in this rule shall be construed to the contrary.")

IT IS SO STIPULATED.

RICHARD DOYLE, City Attorney

DATED: November 3, 2014         By: /s/Shannon Smyth-Mendoza
                                  SHANNON SMYTH-MENDOZA
                                  Attorney for Defendant


MORALES & LEANOS

DATED: November 3, 2014         By: /s/Jaime A. Leanos
                                  JAIME A. LEAÑOS
                                  Attorneys for Plaintiff

///

I affirm that Plaintiff's counsel has consented to the electronic filing of this document on Plaintiff's behalf.

RICHARD DOYLE, City Attorney

DATED: November 3, 2014   By: /s/ Shannon Smyth-Mendoza
       SHANNON SMYTH-MENDOZA
       Attorney for Defendant

## ORDER

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **January 13, 2015, at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **January 6, 2015**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

IT IS SO ORDERED.

Dated: November 3, 2014

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE